IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **MEMPHIS LIGHT, GAS & WATER DIVISION,** | ) <br> ) <br> ) |
| **Plaintiffs,** | ) <br> ) |
| vs. | ) <br> ) <br> ) Case No. 2:24-cv-02384-SHL |
| **TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA,** | ) <br> ) <br> ) |
| **Defendant.** | ) |

**DEFENDANT TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA'S CORPORATE DISCLOSURE STATEMENT**

I, the undersigned counsel of record for Travelers Casualty and Surety Company of America ("Travelers"), certify to the best of my knowledge and belief pursuant to Federal Rule of Civil Procedure 7.1:

1. My client has the following parent corporations: Travelers is 100% owned by Travelers Casualty and Surety Company, which is 100% owned by Travelers Insurance Group Holdings, Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100% owned by The Travelers Companies, Inc. The Travelers Company Inc. is the only publicly held company in the corporate family.

2. The following publicly held corporation(s) own 10% or more of my client's stock: The Travelers Companies, Inc.

3. No individual or corporation owns 10% or more of the stock of The Travelers Companies, Inc.

1

Respectfully Submitted,

/s/ Jeffrey S. Price
Jeffrey S. Price, #019550
MANIER & HEROD
1201 Demonbreun Street, Ste. 900
Nashville, Tennessee 37203
(615) 244-0030
(615) 242-4203
jprice@manierherod.com
*Attorneys for Defendant Travelers Casualty and Surety Company of America*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via this Court's CM/ECF system and/or via U.S. Mail on the 13th day of December, 2024 on the following:

John C. Ryland
William E. Cochran, Jr.
530 Oak Court Drive, Suite 360
Memphis, TN 38117
jryland@blackmclaw.com
wcochran@blackmclaw.com

*Attorneys for Plaintiff*

/s/ Jeffrey S. Price

2

4924-4762-7270, v. 1