**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

MEMPHIS LIGHT, GAS &
WATER DIVISION,

      Plaintiff,                       No.  2:24-cv-2384

v.

TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA,

      Defendant.

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Memphis Light, Gas & Water Division and Defendant, Travelers Casualty & Surety Company of America, hereby jointly file this Stipulation of Dismissal, with prejudice, of this action in its entirety. Each party shall pay its own attorney's fees and discretionary costs with the exception of any outstanding court costs, if any, which shall be assessed against Memphis Light, Gas & Water Division.

      Respectfully submitted,

      BLACK McLAREN JONES RYLAND & GRIFFEE, P.C.

      */s/ John C. Ryland*
      John C. Ryland    #16878
      William E. Cochran, Jr. #21428
      530 Oak Court Drive, Suite 360
      Memphis, Tennessee 38117
      jryland@blackmclaw.com
      wcochran@blackclaw.com
      Phone: (901) 762-0535

      *Attorneys for Memphis Light, Gas & Water Division*

MANIER & HEROD

/s/ Jeffrey S. Price
Jeffrey S. Price   #019550
1201 Demonbreun Street, Ste. 900
Nashville, Tennessee 37203
jprice@manierherod.com
Phone: (615) 244-0030

*Attorney for Defendant Travelers Casualty & Surety Company of America*