# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MEMPHIS LIGHT, GAS & WATER DIVISION, | ) ) |
| Plaintiff, | ) ) ) |
| v. | ) )   No. 2:24-cv-02384-SHL-tmp |
| TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, | ) ) ) |
| Defendant. | ) ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint for Declaratory Judgment and Breach of Performance Bond (ECF No. 1), filed June 7, 2024,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, in accordance with the Joint Stipulation of Dismissal with Prejudice (ECF No. 24), filed February 14, 2025, all claims by Plaintiff against Defendant are hereby **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

February 14, 2025
Date